UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP PAPE                         JURY TRIAL DEMANDED

v.                                     CASE NO. 3:13CV

AMOS FINANCIAL LLC
LAW OFFICES OF FRANK N. PELUSO, P.C.

## COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692, the Connecticut Creditor's Collection Practices Act, Conn. Gen. Stat. §36a-648 ("CCPA"), and the Connecticut Unfair Trade Practices Act, §42-110g (CUTPA).

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Defendant Amos is a foreign limited liability company registered to do business in Connecticut.

4. Amos is in the business of purchasing defaulted consumer debt.

5. Amos collects on the debt it purchases using means of interstate commerce, including the mail, internet, and telephone.

6. Amos purports to have purchased a home improvement loan entered into by plaintiff with Key Bank, N.A.

7. Defendant Peluso sent plaintiff a collection letter on behalf of Amos Financial dated July 31, 2012.

8. Defendant Amos knew and approved of the form of the letter.

9. Said letter twice requested payment within 7 days of plaintiff's receipt of the letter, in violation of 15 U.S.C. §169g.

10. Peluso threated that Peluso would report the amount to the IRS as Debt Cancellation if unpaid, which Peluso could not legally do.

FIRST COUNT

11. In the collection efforts within one year prior to the date of this action, each defendant violated the FDCPA, § 1692d, -e, –f(1) or -g.

SECOND COUNT

12. In the collection efforts within one year prior to the date of this action, defendant Amos violated the CCPA.

THIRD COUNT

13. In the collection efforts within three years prior to the date of this action, defendant Amos violated CUTPA by the actions described above.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, including $1,000 statutory damages against each defendant under the FDCPA, plus $1,000 statutory damages against defendant Amos under the CCPA, and actual and punitive damages against defendant Amos under CUTPA.

2. Award the plaintiff costs of suit and a reasonable attorney's fee.

3. Award such other and further relief as law or equity may provide.

                                THE PLAINTIFF

                                BY __/s/ Joanne S. Faulkner__
                                JOANNE S. FAULKNER ct04137
                                123 AVON STREET

                        NEW HAVEN, CT 06511-2422
                        (203) 772-0395
                        faulknerlawoffice@snet.net