UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP PAPE,
    Plaintiff

V.                                    CASE NO. 3:13 CV 13 (AVC)

AMOS FINANCIAL, LLC
LAW OFFICES OF FRANK N. PELUSO, P.C
    Defendants                     SEPTEMBER 19, 2013

## **MOTION TO WITHDRAW AS COUNSEL**

NOW COMES Audrey D. Medd, Esq., and hereby respectfully move the Court, pursuant to Local Rule 7(e) for leave to withdraw as attorney for defendants, AMOS FINANCIAL, LLC and THE LAW OFFICES OF FRANK N. PELUSO, P.C. in the above-referenced case. Defendants continue to be represented by Attorney Leon Cameron, who upon information and belief is employed by the Law Offices of Frank N. Peluso, P.C.

Attorney Medd previously represented defendants in her capacity as an attorney with the Law Offices of Frank N. Peluso, P.C. Attorney Medd's employment ended with the Law Offices of Frank N. Peluso, P.C. on August 23, 2013. Accordingly, Attorney Medd is no longer authorized to act on behalf of defendants as the Law Offices of Frank N. Peluso, P.C. is attorney of record and upon information and belief, was retained as counsel by defendants.

WHEREFORE, Attorney Audrey D. Medd (ct26964) respectfully moves the Court for an Order permitting her to withdraw as counsel for defendants, Amos Financial, LLC and the Law Offices of Frank N. Peluso, P.C. in the within case.

Respectfully Submitted,

/s/26964_____
Audrey D. Medd, Esq. (ct26964)
Bausch Abdurahman Thampan Medd, LLC
One Atlantic Street, Ste. 604
Stamford, CT 06901
T: (203) 817-3500
F: (203) 724-4832
amedd@batmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 19, 2013, a copy of the foregoing Motion to Withdraw as Counsel was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

I further hereby certify that a copy of the foregoing Motion to Withdraw as Counsel is being sent via email this 19th day of September 2013, to the following:

Brian C. Donegan, Esq.
Amos Financial, LLC
brian@amosfinancial.com

/s/26964_____
Audrey D. Medd, Esq. (ct26964)