UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

PHILIP PAPE

v.                                                              CASE NO. 3:13CV 63 (AVC)

AMOS FINANCIAL LLC
LAW OFFICES OF FRANK N. PELUSO, P.C.

PLAINTIFF'S AFFIDAVIT

I am the plaintiff. I am over the age of 18 and make this affidavit in support of my motion for summary judgment, under penalty of perjury, as provided for by the laws of the United States, 28 U.S.C. § 1746.

1. I purchased the house associated with the underlying debt at 27 Alden Street, Enfield Connecticut, as a personal residence and moved into it from my previous address immediately upon closing the sale in 2004.

2. The specific Home Improvement Loan in question was taken out to replace the rotting asphalt siding with new vinyl siding.

3. Other loans listed by Mr. Donegan were for investment properties, but the house at 27 Alden was my personal residence before, at, and after I took out the Home Improvement Loan at issue.

4. Amos and Peluso attached as Exhibit A to the state court suit against me a document called Addendum to Promissory Note which referred to the transaction as a "Consumer Credit Contract." Attached.

5. Amos and Peluso attached as Exhibit B to the state court suit against me a mortgage in which paragraph 15 states, "Borrower shall fulfill all of Borrower's obligations

under any home rehabilitation, improvement, repair, or other loan agreement which Borrower enters into with Lender. Lender, at Lender's option, may require Borrower to execute and deliver to Lender, in a form acceptable to Lender, an assignment of any rights, claims or defenses which Borrower may have against parties who to supply labor, materials or services in connection with improvements made to the Property."

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 18, 2013

*/s/ Philip B. Pape*
Philip B. Pape

Page 3 of 3

# ADDENDUM TO PROMISSORY NOTE

Note Date:        07/01/2005

Loan Number:

Borrower(s):      PHILIP B. PAPE

Property Address: 27 ALDEN STREET
                  Enfield, CONNECTICUT 06082

### SECTION 1:
### APPLICABLE LAW / LOCATION OF LAWSUITS

Lender is located in Ohio. This Note is governed by the laws of the United States and the State of Ohio, whether or not I live or accepted this Note in said state. This Note is entered into between Lender and me in the State of Ohio and Lender extends credit to me from Ohio. I agree that any suit I bring against Lender (or against a subsequent Note Holder) must be brought in a court of competent jurisdiction in the county in which Lender maintains its (or the county in which such subsequent Noteholder maintains its) principal place of business. The laws of the state where the Real Property is located shall, however, govern the parties' rights and obligations under any and all other terms and conditions of the Security Instrument.

### SECTION 2:
****NOTICE****
ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED THE AMOUNTS PAID BY THE DEBTOR HEREUNDER.

_/s/ Philip B. Pape_____ 07/01/2005          _____
PHILIP B. PAPE                DATE                              DATE