**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

PHILIP PAPE                                                      3:13-cv-00063(JGM)

   V.

AMOS FINANCIAL LLC,
LAW OFFICES OF FRANK N. PELUSO, PC.

## JUDGMENT

This cause came on for consideration on the plaintiff's motion for attorney's fees and costs before the Honorable Joan Glazer Margolis, United States Magistrate Judge.

The Court initially issued a Ruling on January 5, 2016, awarding the plaintiff statutory damages of $1000.00. After having considered the full record of this matter, a subsequent Ruling entered on February 25, 2016, awarding the plaintiff attorney's fees in the amount of $34,100.00 and costs in the amount of $1,624.80. Therefore, it is hereby;

ORDERED, ADJUDJED and DECREED that plaintiff shall be awarded $1000.00 in statutory damages, $34,100.00 in attorney's fees and $1,624.80 in costs, and the case is closed.

Dated at New Haven, Connecticut this 26th day of February 2016.

                                                        ROBIN D. TABORA, Clerk
                                                        By
                                                        _____/s/_____
                                                        A. Campbell
                                                        Deputy Clerk

EOD: 2/26/16