**MANDATE**

# UNITED STATES COURT OF APPEALS
## for the
## SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 4th day of April, two thousand and sixteen,

Philip Pape,

    Plaintiff - Appellee,

v.

Amos Financial LLC, Law Offices of Frank N. Peluso, P.C.,

    Defendants - Appellants.

**ORDER**
Docket Number: 16-847

A notice of appeal was filed on March 18, 2016. Appellant's Forms C & D, were due April 1, 2016. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective **April 18, 2016** if the forms are not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 05/56/2016